UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MOTION: | |
| Granted | ✓ |
| Denied | |
| Overruled | |
| Date | |

Order 2/18/09
Motions Due: 2/25/09
Gout. Response Due: 3/3/09
Evidentry Hearing: 3/19/09 9AM

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 4:09CR0073 DJS (TCM)
)
EDWARD A. LEVINSON, )
)
Defendant. )

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES NOW Defendant Edward A. Levinson, by and through his attorneys Margulis, Grant & Margulis, P.C. and William S. Margulis, and in support of his Motion for Extension of Time to File Pretrial Motions states as follows:

1. That on January 28, 2009, this Court entered an order setting February 11, 2009 as the deadline within which to file pretrial motions in this matter.

2. The defendant is charged in a ten count indictment alleging several violations of Title 18, United States Code, Sections 2 and 1344(1)(2).

3. That the defendant has received some discovery in this matter but has been informed by the government that there is approximately six boxes of additional discovery located at the Office of the Federal Bureau of Investigation, as well as some evidence in an electronic form that the defendant and his counsel has not received and/or had an opportunity to review.

4. That due to the complexity of the case and the voluminous nature of the discovery, counsel for the defendant is requesting additional time to review the discovery