**United States District Court**
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

*James G. Woodward*  *Phone: 314-244-7900*
 *Clerk of Court*

IN RE: THE BUSINESS OF THE COURT

# **ORDER**

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, Office of Passport Policy and Advisory Services, 2100 Pennsylvania Avenue NW, 3rd Floor, Washington, DC 20037.

| **Defendant Name** | **Passport Number** | **Case Number** | **JCC Date** |
| --- | --- | --- | --- |
| James Patrick Grady | 212690615 | 4:09-cr-00485-JCH | 06/24/2010 |
| David L. Dausman | 028601405 | 4:09-cr-00141-JCH | 07/02/2009 |
| James Allan Ball | 077626184 | 4:10-cr-00025-RWS | 06/11/2010 |
| Edward A. Levinson | 200726874 | 4:09-cr-00073-JCH | 06/22/2010 |

Dated this 6th day of July, 2010.

Catherine D. Perry
United States District Judge